**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-6965**

———————

WILLIE J. WILLIAMS,

Plaintiff - Appellant,

versus

MS. LAWLER, Assistant Superintendent; MR.
PENDLEY, Programmer Director; LIEUTENANT
BAKER; BOYD BENNETT, Director of Prisons at
Department of Corrections; KEITH N. JOHNSON,
Hearing Officer - DHO,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Senior
District Judge. (1:06-cv-00126)

———————

Submitted: November 22, 2006     Decided: December 11, 2006

———————

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Willie J. Williams, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie J. Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Lawler, No. 1:06-cv-00126 (W.D.N.C. May 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED